Virginia Warren, appellee, v. City of Waukegan, appellant. Gen. No. 9,397.

Opinion filed April 20, 1939.
George S. McGaughey, for appellant. Lloyd T. Bailey and Harold Tallett, for appellee; Joseph W. Bailey, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

Delbert O. Waud et al., appellees, v. Maurice Van Landuyt, appellant. Gen. No. 9,422.

Opinion filed April 20, 1939.
J. A. Miller, for appellant; Henry D. Fisher, of counsel. Wesley G. Carey and Gerald C. Snyder, for appellees; Lewis D. Clarke, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

Tampico Farmers Elevator Company, appellant, v. Walnut Grain Company et al., appellees. Gen. No. 9,416.

Opinion filed May 12, 1939. Rehearing denied June 22, 1939.
Sheldon & Brown, for appellant. Jacob Cantlin, Samuel Rubin and E. E. Wingert, for certain appellee. Jacob Cantlin and Samuel Rubin, for certain other appellees.
Mr. Justice Wolfe delivered the opinion of the court.